# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ABINGTON HEIGHTS SCHOOL DISTRICT : No. 126 MAL 2022
:
:
v. : Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
PENNSYLVANIA LABOR RELATIONS :
BOARD :
:
:
PETITION OF: ABINGTON HEIGHTS :
EDUCATION ASSOCIATION :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of October, 2022, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioner, are:

(1)    Whether the Commonwealth Court's construction of Section 15-1525 of the School Code conflicts with both the plain statutory language and the Department of Education's interpretation of the law?

(2)    Whether the Commonwealth Court's decision conflicts with decisions of this honorable Court and the Commonwealth Court regarding the interplay of between Sections 701, 702 and 703 of Act 195 and the employer's obligation to collectively bargain prior to diverting bargaining unit work?

(3)    Whether the Commonwealth Court's decision grossly departs from accepted judicial practices and conflicts with decisions of this honorable Court and the Commonwealth Court that apply deference to the decisions of the Pennsylvania Labor Relations Board?

     Additionally, the parties are directed to provide briefing on the effect that the recent amendments to 24 P.S. § 15-1525, *see* Act of July 8, 2022, P.L. 620, No. 55, have on the above issues.